# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | JDLR Consulting LLC | 12/14/2022 | 266569 | Check | $ 5,000.00 |
| Akorn Operating Company, LLC | JDLR Consulting LLC | 1/11/2023 | 266926 | Check | $ 5,000.00 |
| Akorn Operating Company, LLC | JDLR Consulting LLC | 2/7/2023 | 267187 | Check | $ 5,000.00 |
| Akorn Operating Company, LLC | JDLR Consulting LLC | 2/15/2023 | 267294 | Check | $ 5,000.00 |
|  |  |  |  |  | $ 20,000.00 |